UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVANTE B. HARRIS, | No. 2:22-cv-0066 AC P |
| Petitioner, | |
| v. | ORDER |
| KEN CLARK, WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

The Court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the Court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

Petitioner is hereby notified that in order for the Court to review his application, he must refile his petition on the proper form. Furthermore, although Petitioner may submit a separate memorandum to support his petition for relief, the Court's application form must contain all relevant claims and must provide the Court with all necessary information.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

2. The amended petition must be filed on the form used by the Court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action, and it must bear the title "First Amended Petition," and

3. The Clerk of Court is directed to send Petitioner the form for habeas corpus application used by the Court.

DATED: February 15, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE