UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVANTE B. HARRIS,<br><br>              Petitioner,<br><br>       v.<br><br>KEN CLARK, WARDEN,<br><br>              Respondent. | No. 2:22-cv-0066 AC P<br><br><br>ORDER |

Petitioner filed his third request for an extension of time to file an amended petition for writ of habeas corpus pursuant to the court's order of March 28, 2022.  ECF No. 12.  Petitioner asks for a fourteen-day extension.  Id. at 1.

In support of the motion, petitioner states that a malfunction in the prison photocopy machine has prevented him from copying and filing the amended petition.  ECF No. 12.  Good cause appearing, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 12) is GRANTED, and

2. Within fourteen days from the date of this order petitioner shall file an amended petition for writ of habeas corpus.

////

////

1

Petitioner is informed that given the fact that he has been provided ample opportunity and time to file an amended petition, additional requests for an extension of time to do so will not be granted.

DATED: May 26, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE